IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 6:20-cv-00477-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF THE FILING OF A
PETITION FOR INTER-PARTES REVIEW**

Pursuant to the Court's Published Standard Order Governing Proceedings – Patent Case ("Order Governing Proceedings"),[1] namely General Issue No. 6, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that defendants Dell Technologies Inc., Dell Inc., and EMC Corporation filed a petition requesting inter-partes review of the patent in-suit, U.S. Patent No. 8,913,489, on December 9, 2020.  See IPR2021-00272.  The PTAB has not yet issued a Notice of Filing Date Accorded, and the case schedule will be dictated by the date of the notice.  Plaintiff expects the PTAB will issue a notice within a few weeks.  If the PTAB issues a Notice of Filing Date Accorded on December 23, 2020, a decision on institution will be expected by June 23, 2021.  If trial is instituted on June 23, 2021, a final written decision will be expected by June 23, 2022.

---

[1] *See* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Sample%20Order%20Governing%20Proceedings%20-%20Patent%20Cases%20110520.pdf

Dated: December 23, 2020                    Respectfully submitted,

                                            <u>/s/ James L. Etheridge</u>                    .
                                            James L. Etheridge
                                            Texas State Bar No. 24059147
                                            Ryan S. Loveless
                                            Texas State Bar No. 24036997
                                            Travis L. Richins
                                            Texas State Bar No. 24061296

                                            ETHERIDGE LAW GROUP, PLLC
                                            2600 E. Southlake Blvd., Suite 120 / 324
                                            Southlake, Texas 76092
                                            Telephone: (817) 470-7249
                                            Facsimile: (817) 887-5950
                                            Jim@EtheridgeLaw.com
                                            Ryan@EtheridgeLaw.com
                                            Travis@EtheridgeLaw.com

                                            **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on December 23, 2020.

                                            <u>/s/ James L. Etheridge</u>
                                            James L. Etheridge