**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>               Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>               Defendants. | Case No. 6:20-cv-00477-ADA<br>Case No. 6:20-cv-00482-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF
DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF
<u>REGARDING PATENT NOS. 7,424,020 & 8,913,489</u>**

I, Brian A. Rosenthal, declare as follows:

1. I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants Dell Technologies Inc., Dell Inc. and EMC Corporation in the above-captioned action. I have personal knowledge and/or am directly informed of the matters stated below and, if called, would testify to them under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the October 3, 2006 Non-Final Rejection, from the file history of U.S. Patent No. 7,424,020. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on March 13, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the April 3, 2007 Final Rejection, from the file history of U.S. Patent No. 7,424,020. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on March 13, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the June 25, 2007 applicant's argument, from the file history of U.S. Patent No. 7,424,020. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on March 13, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the October 3, 2002 claims, from the file history of U.S. Patent No. 7,424,020. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on March 13, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the January 3, 2007 applicant's argument, from the file history of U.S. Patent No. 7,424,020. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on March 13,

2021.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of the MPEP section 2181, retrieved from the United States Patent Office's website (https://www.uspto.gov/web/offices/pac/mpep/s2181.html) on March 14, 2021.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's Disclosure of Extrinsic Evidence and Defendants' Identification of Extrinsic Evidence, both dated January 27, 2021.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of the October 5, 2007 Non-Final Rejection, from the file history of U.S. Patent No. 7,424,020.  This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on March 13, 2021.

10.  Attached hereto as **Exhibit 9** is a true and correct copy of the February 4, 2008 applicant's argument, from the file history of U.S. Patent No. 7,424,020.  This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on March 13, 2021.

11.  Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from Concise Telecom Networking Dictionary, dated 2000 and bearing the bates numbers Dell-WSOU-CC-000008–014.

12.  Attached here as **Exhibit 11** is a true and correct copy of excerpts from Telecommunications: Glossary of Telecommunication Terms, dated August 7, 1996, retrieved from https://www.its.bldrdoc.gov/fs-1037/fs-1037c.htm on January 22, 2021 and bearing the bates numbers Dell-WSOU-CC-000480–485.

13.  Attached hereto as **Exhibit 12** is a true and correct copy of the definitions of "bus topology" and "network topology," retrieved from the ATIS Telecom Glossary

3

(https://glossary.atis.org) on January 27, 2021 and bearing the bates numbers Dell-WSOU-CC-000522–524.

14.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2021

*/s/ Brian A. Rosenthal*
Brian A. Rosenthal