1

## Claims

1.  Process for transmission of data via a communication network to a terminal where in the process the data are transmitted to the terminal via a network node which can be connected with two or more terminals, and where on the network side on the network node or the transmission of data a data stream is received which consists of useful data and protocol data, wherein the network node removes the majority of the protocol data from the data stream received on the network side by the network node for transmission of data, and switches the remaining data stream in the direction of the terminal.

2.  Process according to claim 1, wherein the network node processes the communication protocols of layers 1 to 4 for the terminals connected to it.

3.  Process according to claim 1, wherein the network node on the network side communicates via a multiple access protocol and that the network node on the terminal side communicates via a point-to-point protocol.

4.  Process according to claim 1, wherein the network node (FSW1), on the network-side reception of the data stream, sends to the terminal a data stream which consists of the useful data of the received data stream and protocol data, the scope of which is reduced by more than half in comparison with the scope of protocol data of the received data stream.

5.  Network node with a first interface for connecting the network node with two or more terminals and with a second interface for connecting the network node with a communication network, wherein the network node has a control unit which is designed so that it removes the majority of the protocol data from a data stream received on the network side via the second interface, which data stream consists of useful data and protocol data and is directed towards one of

2

the terminals connected with the first interface, and switches the remaining data stream in the direction of this terminal.

6. Network node according to claim 5, wherein the control device is also designed so that it processes the communication protocols of layers 1 to 4 for the terminals connected with the network node and switches the data stream reduced by the protocol data allocated to this communication protocol, as a remaining data stream, to the terminal concerned.

7. Network node according to claim 5, wherein the control device is also designed so that it transmits the remaining data stream to this terminal by means of a point-to-point protocol.