

PATENT APPLICATION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Docket No: Q71917 |
| Christoph OCHSNER | |
| Appln. No.: 10/262,834 | Group Art Unit: 2616 |
| Confirmation No.: 4684 | Examiner: Min Jung |
| Filed: October 3, 2002 | |
| For:   NETWORK NODES | |

<u>**AMENDMENT UNDER 37 C.F.R. § 1.111**</u>

**MAIL STOP AMENDMENT**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action dated October 3, 2006, please amend the above-identified application as follows on the accompanying pages.

## TABLE OF CONTENTS

AMENDMENTS TO THE CLAIMS ................................................................................ 2

REMARKS ........................................................................................................................ 5

AMENDMENT UNDER 37 C.F.R. § 1.111  Attorney Docket No.: Q71917
U.S. Patent Application No.: 10/262,864

## AMENDMENTS TO THE CLAIMS

**This listing of claims will replace all prior versions and listings of claims in the application:**

**LISTING OF CLAIMS:**

1. (currently amended): <u>A method</u> ~~Process~~ for transmission of data via a communication network ~~to a terminal~~<u>, the method comprising:</u> ~~where in the process~~

<u>receiving, at</u> ~~the data are transmitted to the terminal via~~ a network node ~~which can be~~ connected with two or more terminals, <u>a data stream from the communication network, wherein the data stream comprises useful data and protocol data;</u> ~~and~~

~~where on the network side on the network node or the transmission of data a is received which consists of useful data and protocol data,~~

~~wherein~~ <u>removing, at</u> the network node<u>, a</u> ~~removes the~~ majority of the protocol data from the <u>received</u> data stream<u>; and</u> ~~received on the network side by the network node for transmission of data, and switches~~

<u>switching</u> the remaining data stream ~~in the direction of the terminal~~ <u>to be transmitted one of the terminals</u>.


2. (currently amended): <u>The method</u> ~~Process~~ according to claim 1, wherein <u>the removing the majority of the protocol data comprises processing and removing protocol data of</u> ~~the network node processes the~~ communication protocols of layers 1 to 4 for the terminals connected to <u>the network node</u> [[it]].

2

AMENDMENT UNDER 37 C.F.R. § 1.111                    Attorney Docket No.: Q71917
U.S. Patent Application No.: 10/262,864

3. (currently amended): The method ~~Process~~ according to claim 1, wherein the network node ~~on the network side~~ communicates with the communication network via a multiple access protocol and ~~that~~ the network node ~~on the terminal side~~ communicates with the terminals via a point-to-point protocol.

4. (currently amended): The method ~~Process~~ according to claim 1, wherein ~~the network node (FSW1), on the network-side reception of the data stream, sends to the terminal a data stream which consists of the useful data of the received data stream and protocol data, the scope of which~~ a scope of the protocol data of the remaining stream is reduced by more than half in comparison with ~~the~~ a scope of the protocol data of the received data stream.

5. (currently amended): A network ~~Network~~ node ~~with~~ comprising:
a first interface for connecting the network node with two or more terminals; ~~and with~~
a second interface for connecting the network node with a communication network[[,]] and
~~wherein the network node has~~ a control unit which is configured to remove ~~designed so that it removes the~~ a majority of ~~the~~ protocol data from a data stream received ~~on the network side~~ from the communication network via the second interface, ~~which~~ the data stream ~~consists of~~ comprising useful data and protocol data, and ~~is directed towards one of the terminals connected~~

3

AMENDMENT UNDER 37 C.F.R. § 1.111                           Attorney Docket No.: Q71917
U.S. Patent Application No.: 10/262,864

~~with the first interface, and switches~~ to switch the remaining data stream ~~in the direction of this terminal~~ to be transmitted to a terminal of the terminals via the first interface.

6. (currently amended): The network ~~Network~~ node according to claim 5, wherein the control device is ~~also~~ configured to process and remove the protocol data of ~~designed so that it processes the~~ communication protocols of layers 1 to 4 for the terminals connected with the network node and ~~switches~~ to switch the remaining data stream reduced by the protocol data of the communication protocols of the layers 1 to 4 ~~allocated to this communication protocol, as a remaining data stream,~~ to the terminal concerned be transmitted the one of the terminals.

7. (currently amended): The network ~~Network~~ node according to claim 5, wherein the control device is also configured to transmit ~~designed so that it transmits~~ the remaining data stream to ~~this~~ the terminal via ~~by means of~~ a point-to-point protocol.

4

AMENDMENT UNDER 37 C.F.R. § 1.111    Attorney Docket No.: Q71917
U.S. Patent Application No.: 10/262,864

### REMARKS

Reconsideration and allowance of the subject matter are respectfully requested. Claims 1-7 are all the claims pending in the application. Applicant respectfully submits that the pending claims define patentable subject matter.

I. **Rejections Under 35 U.S.C. § 112, first paragraph**

Claims 1-7 are rejected under 35 U.S.C. § 112, first paragraph, as allegedly failing to comply with the enablement requirement. In particular, the Examiner alleges that it is not clearly taught if the "protocol data processing" is the same function as the "protocol data removal" and that the term: "majority" is ambiguous as recited in the claims in 1 and 5. By this Amendment, Applicant has amended claims 1-7 to improve clarity. Applicant respectfully submits that "protocol data processing" is not the same function as the "protocol data removal." Instead, "protocol data processing" and "protocol data removal" are separate functions as described on pages 6 and 7 of the Specification. Further, removing a majority of the protocol data is fully described and enabled by the specification. Namely, the specification explains on pages 6-8 that the protocol data of one or more layers is processed and removed (e.g., processing the lower layers provides the greatest improvement in performance and savings). Lastly, Applicant submits that additional explanation of these functions beyond the support in the Specification is not required because these terms and implementation of the claimed invention would be well understood by one of ordinary skill in the art. Accordingly, the Examiner is requested to remove the rejection.

AMENDMENT UNDER 37 C.F.R. § 1.111   Attorney Docket No.: Q71917
U.S. Patent Application No.: 10/262,864

## II.   Rejections Under 35 U.S.C. § 112, second paragraph

Claims 1-7 are rejected under 35 U.S.C. § 112, second paragraph, as allegedly being indefinite. By this Amendment, Applicant has amended claims 1-7 to improve clarity. Accordingly, the Examiner is requested to remove the objection.

## III.   Prior Art Rejections

Claims 1 and 5 are rejected under 35 U.S.C. § 102(e) as being anticipated by Huitema et al. (U.S. Pub. 2002/0073215; hereinafter "Huitema"). Claims 2-4, 6 and 7 are rejected under 35 U.S.C. § 103(a) as being unpatentable over Huitema and Jonsson et al. (U.S. Pub. 2002/0146000; hereinafter "Jonsson"). Applicant respectfully submits that the claimed invention would not have been anticipated by Huitema or rendered obvious in view of the combination of Huitema and Jonsson.

Amended independent claim 1 recites "[a] method for transmission of data via a communication network to a terminal." Amended independent claim recites:

> receiving, at a network node connected with two or more terminals, a data stream from the communication network, wherein the data stream comprises useful data and protocol data;
> removing, at the network node, a majority of the protocol data from the received data stream; and
> switching the remaining data stream to be transmitted one of the terminals.

With regard to claim 1, the Examiner cites paragraphs 0023-0025 of Huitema as allegedly disclosing all of the features of the claimed method. However, Applicant respectfully submits

6

AMENDMENT UNDER 37 C.F.R. § 1.111           Attorney Docket No.: Q71917
U.S. Patent Application No.: 10/262,864

that paragraphs 0023-0025 of Huitema do not teach or suggest that "removing, at the network node, a majority of the protocol data from the received data stream; and switching the remaining data stream to be transmitted one of the terminals" as recited in claim 1. Instead, Huitema merely discloses a filter 410 which strips away the IPv4 header information and all other data relating to the IPv4 packet such that the remaining IPv6 data packet is delivered to the respective IPv6 devices. (See paragraph 0025 of Huitema). This is quite different from the claimed invention in which the network node removes a majority of the protocol data from the received data stream and switches the remaining data stream to be transmitted the terminal. This switching function with the previously performed operation of removing the majority of the protocol data (described in specification at pages 7 and 8) is not disclosed in Huitema and has a important advantage to reduce the scope of the protocol data by more than 50%. This feature speeds up the switching procedure, something which cannot be obtained by applying a filter as disclosed in Huitema since the filter 410 has to determine for each packet received whether an IPv6 packet is encapsulated within the IPv4 packet.

    Similarly, Jonsson does not teach or suggest these features of the claimed invention which are missing from Huitema.

    Accordingly, Applicant respectfully submits that claim 1, as well as dependent claims 2-4, should be allowable because the cited references, alone or in combination, do not teach or suggest all of the features of the claims, and one of ordinary skill in the art would not have been motivated to combine and modify the cited references to produce the claimed invention.

7

AMENDMENT UNDER 37 C.F.R. § 1.111             Attorney Docket No.: Q71917
U.S. Patent Application No.: 10/262,864

Independent claim 5 recites features analogous to those discussed above with regard to claim 1. In particular, claim 5 recites:

> a control unit which is configured to remove a majority of protocol data from a data stream received from the communication network via the second interface, the data stream comprising useful data and protocol data, and to switch the remaining data stream to be transmitted to a terminal of the terminals via the first interface.

Accordingly, Applicant respectfully submits that claim 5 is patentable at least for the reasons mentioned for claim 1. Further, dependent claims 6 and 7 are patentable at least by virtue of their dependency on claim 5.

## IV.   Conclusion

In view of the above, reconsideration and allowance of this application are now believed to be in order, and such actions are hereby solicited. If any points remain in issue which the Examiner feels may be best resolved through a personal or telephone interview, the Examiner is kindly requested to contact the undersigned at the telephone number listed below.

AMENDMENT UNDER 37 C.F.R. § 1.111             Attorney Docket No.: Q71917
U.S. Patent Application No.: 10/262,864

The USPTO is directed and authorized to charge all required fees, except for the Issue Fee and the Publication Fee, to Deposit Account No. 19-4880. Please also credit any overpayments to said Deposit Account.

Respectfully submitted,

_CHRISTOPHER LIPP 41157_
Anthony T. Whittington
Registration No. 54,871

SUGHRUE MION, PLLC
Telephone: (202) 293-7060
Facsimile: (202) 293-7860

WASHINGTON OFFICE
**23373**
CUSTOMER NUMBER

Date: January 3, 2007

9