# EXHIBIT 8

**From:**       Barry Shelton <bshelton@sheltoncoburn.com>
**Sent:**       Thursday, July 8, 2021 4:46 PM
**To:**         Mark Siegmund
**Subject:**    RE: WSOU v. Dell: Protective order

Mark, any progress on your end?

Barry

**From:** Barry Shelton
**Sent:** Tuesday, June 29, 2021 9:36 PM
**To:** Mark Siegmund <mark@waltfairpllc.com>
**Subject:** RE: WSOU v. Dell: Protective order

Thanks – if not, we need to tee it up for Judge Albright.

**From:** Mark Siegmund <mark@waltfairpllc.com>
**Sent:** Tuesday, June 29, 2021 10:15 PM
**To:** Barry Shelton <bshelton@sheltoncoburn.com>
**Subject:** Re: WSOU v. Dell: Protective order

If only. I'll take a look and see if I can do anything

On Jun 29, 2021, at 8:44 PM, Barry Shelton <bshelton@sheltoncoburn.com> wrote:

Mark,

I was hoping better lawyers than me were going to knock this out while I was in the Amazon trial, but apparently no such luck. Here's a redline and clean copy of the PO for your consideration, let me know if you have time this week to discuss. Thanks,

Barry

**Barry K. Shelton | Partner**
Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, Texas 78734-4775
T: (512) 263-2165 **|** F: (512) 263-2166 **|** M: (512) 517-9998
bshelton@sheltoncoburn.com | www.sheltoncoburn.com

<WSOU Dell Proposed PO - June 29, 2021 Proposal [CLEAN].docx>
<REDLINE - Defendants' Proposed PO (6.29.21) against WSOU Compromise Proposal (6.5.21).pdf>

1