# EXHIBIT 9

**From:** Barry Shelton <bshelton@sheltoncoburn.com>
**Sent:** Friday, July 23, 2021 5:49 PM
**To:** mark waltfairpllc.com
**Subject:** RE: WSOU v. Dell: PO and discovery limits discussion

Great, thanks Mark. The other proposal we made was for the trial groupings, which I don't think WSOU has ever responded to.

Barry

**From:** mark waltfairpllc.com <mark@waltfairpllc.com>
**Sent:** Friday, July 23, 2021 4:41 PM
**To:** Barry Shelton <bshelton@sheltoncoburn.com>
**Subject:** RE: WSOU v. Dell: PO and discovery limits discussion

Hey Barry,

I sent an email out to the WSOU team inquiring about these two issues. I was involved with the discovery limit proposal (no clue on the PO). I think WSOU's proposal was very reasonable and Dell should consider accepting our proposal. Otherwise, we can always just stick with the ol' OGP. I think we can reach agreement on the discovery limits stuff.

I'll get back to you with a time to M&C once I hear back from everyone.

Sincerely,

Mark

**From:** Barry Shelton <bshelton@sheltoncoburn.com>
**Sent:** Friday, July 23, 2021 4:28 PM
**To:** mark waltfairpllc.com <mark@waltfairpllc.com>
**Subject:** WSOU v. Dell: PO and discovery limits discussion

Hi Mark,

Can you let me where we are with these issues? I think it is advisable to have another meet and confer to try to make additional progress then bring the remaining issues to the Court for resolution. Thanks, and have a nice weekend.

Barry

**Barry K. Shelton | Partner**
Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, Texas 78734-4775
T: (512) 263-2165 **|** F: (512) 263-2166 **|** M: (512) 517-9998
bshelton@sheltoncoburn.com | www.sheltoncoburn.com