# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>Defendants. | Case No. 6:20-cv-00477-ADA<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

The Court, having reviewed and considered Defendants' Motion to Stay Pending *Inter Partes* Review, does hereby ORDER that the above-captioned action be STAYED and the parties ORDERED to submit a joint status report within seven days of the Final Written Decision issuing in IPR2021-00272.

SIGNED this _____ day of _____, 2021

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE