IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>　　Defendants. | CIVIL ACTION 6:20-CV-00477-ADA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANTS'**
**MOTION TO STAY PENDING *INTER PARTES* REVIEW**

　　Having considered Defendants' Motion to Stay Pending *Inter Partes* Review (the "motion"), the Court finds the motion should be DENIED.   Therefore, it is hereby ORDERED that Defendants' motion is DENIED.


　　Date: _____             _____
                                   PRESIDING JUDGE