UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS LLC                      §
                                          §
vs.                                       §        NO:   WA:20-CV-00477-ADA
                                          §
DELL TECHNOLOGIES INC., DELL INC.,        §
EMC CORPORATION

### ORDER RESETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for
MOTIONS HEARING VIA ZOOM on Thursday August 04, 2022 at 10:00 AM before the
Honorable Derek T. Gilliland. The Zoom link can be accessed by counsel at the following link:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09.

SIGNED this 26th day of July, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE