UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00477-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL | § | |
| INC., EMC CORPORATION | | |
| *Defendant* | | |

# ORDER CANCELLING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been

set for MOTION HEARING, on August 11, 2022 at 02:00 PM  is hereby CANCELLED as it was

erroneously filed in this case and should have been set in the companion case of WA:20-CV-473.

**IT IS SO ORDERED** this **11th day of August, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE